# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEREMY ARABIE AND ASHLEY
ARABIE

VERSUS

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY, BECARA,
LLC D/B/A "HOHM TECH" AND
SMOKELOCKER, INC.

NO.  2024 CW 0785

**OCTOBER 7, 2024**

---

In Re:   Mesa Underwriters Specialty Insurance Company, applying
for supervisory writs, 22nd Judicial District Court,
Parish of St. Tammany, No. 2023-11490.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT